73 A.3d 523

Robert L. WOODARD, Petitioner

v.

The Honorable Gary S. GLAZER Judge of Court of Common Pleas First Judicial District of The City and County Of Philadelphia, et al., Respondent.

No. 68 EM 2013.

Supreme Court of Pennsylvania.

July 31, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of July, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.